608 A.2d 493

COMMONWEALTH of Pennsylvania, Appellee,

v.

Dominick Mario MOLINO, Appellant.

Supreme Court of Pennsylvania.

Submitted May 4, 1992.

Decided June 17, 1992.

Anthony D. Miele, Williamsport, for appellant.

Nancy L. Butts, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

PER CURIAM.

The Order of the Superior Court is reversed. The Suppression Order entered by the Court of Common Pleas of Lycoming county is reinstated. The case is remanded to the trial court for further proceedings. *See Commonwealth v. Eisenhart,* — Pa. —, 611 A.2d 681 (1992).